**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-6303**

───────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

IBRAHIM MOHAMED HAOUTAR, a/k/a Alex,

                Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.   (1:11-cr-00312-LO-2; 1:12-cv-01074-LO)

───────────────

Submitted:  May 29, 2014             Decided:  June 3, 2014

───────────────

Before SHEDD, WYNN, and THACKER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Ibrahim Mohamed Haoutar, Appellant Pro Se.   Rebeca Hidalgo
Bellows, Assistant United States Attorney, Alexandria, Virginia,
for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ibrahim Mohamed Haoutar seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2012) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party to the case, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 14, 2013. The notice of appeal was filed on February 17, 2014.[*] Because Haoutar failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis, deny Haoutar's motion for appointment of counsel, and dismiss the

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

appeal.   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>